**Opinion issued October 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00776-CV

————————————

## IN RE ROSEMARY MARGENAU, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Rosemary Margenau, has filed a petition for writ of mandamus challenging the trial court's order appointing the Texas Department of Family and Protective Services as temporary managing conservator of relator's two adopted children in the underlying parental termination proceeding.[1] We **deny** the petition.

---

[1] The underlying case is *In the Interest of KBH and KMR, Children*, cause number 2015-04673J, pending in the 314th District Court of Harris County, Texas, the Honorable John Phillips presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.